IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CAMELLIA AIR 2, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:09cv665-MEF |
| | ) | |
| HELISPEC, LLC, *et al.*, | ) | (WO) |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

Upon consideration of the defendants' contentions regarding this Court's lack of subject matter jurisdiction over this action (Doc. # 53 and Doc. # 54), plaintiff's concessions regarding defendants' contentions and the appropriateness of dismissal (Doc. # 65 and Doc. # 68), and an independent consideration of this Court's possible bases for subject matter jurisdiction over this action, it is hereby ORDERED as follows:

1. This case is DISMISSED without prejudice for lack of subject matter jurisdiction.

2. All pending motions (Doc. # 49, # 53, and Doc. # 60) are DENIED as MOOT.

3. It is further ORDERED that the Clerk of the Court is DIRECTED to close this file.

DONE this the 28th day of September, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE